MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
ELIZABETH HOLT ANDREWS (State Bar No. 263206)
eha@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK A. CAVENDER; PAMELA J. CAVENDER,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:16-CV-00703-KAW<br><br>**[PROPOSED] ORDER APPROVING STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>The Hon. Kandis A. Westmore<br><br>Action Filed:　February 11, 2016<br>Trial Date:　　None Set |

For the reasons stated in the parties' stipulated request for order changing time pursuant to Civil Local Rule 6-2 and the accompanying declaration, IT IS HEREBY ORDERED:

1. Plaintiffs Mark A. Cavender & Pamela J. Cavender (the "Cavenders") will file a first amended complaint ("FAC") on or before than June 21, 2016.

2. Defendant Wells Fargo Bank, N.A. ("Wells Fargo")'s response deadline is extended from June 7, 2016, until 15 days after the date upon which the Cavenders file the FAC.

3. Wells Fargo shall preserve all relevant arguments, claims, and defenses without filing a response to the present version of the complaint.

4. The other litigation deadlines in this case, as set forth in this Court's order dated March 25, 2016, shall remain unchanged.

DATED: 6/8/16

_____
The Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE