UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark & Pamela Cavender, <br> Plaintiff(s) <br> v. <br> Wells Fargo Bank, NA, <br> Defendant(s) | Case No. C 16-007093-KAW <br><br> STIPULATION AND [P~~ROPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: 120 days after close of pleadings

Date: July 12, 2016    Signed: /s/ Nicole Cherones
                               Attorney for Plaintiff

Date: July 12, 2016    Signed: /s/ Elizabeth Holt Andrews
                               Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

*Kandis Westmore*
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices:*
*"Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or*
*"Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 6-2016*